# RETURNED MAIL FORM

# BK NO. 10-2474

( X )   RETURNED MAIL W/ NO FORWARDING ADDRESS.
        NO PROOF OF CLAIM FILED; CREDITOR DELETED.

(   )   RETURNED MAIL W/ FORWARDING ADDRESS.
        PROOF OF CLAIM FILED; MODIFIED ADDRESS &
        FORWARDED TO CREDITOR AT FORWARDING ADDRESS.

(   )   RETURNED MAIL W/ NO FORWARDING ADDRESS.
        PROOF OF CLAIM FILED; CREDITOR NOT DELETED;
        ADDRESS REMOVED.

(   )   RETURNED MAIL W/ FORWARDING ADDRESS.
        NO PROOF OF CLAIM FILED; MODIFIED ADDRESS &
        FORWARDED TO CREDITOR AT FORWARDING ADDRESS.

(   )   RETURNED MAIL W/ NO FORWARDING ADDRESS.
        CREDITOR NOT DELETED.
        ZIP CODE CHANGED BY BANKRUPTCY NOTICING CENTER.

(   )   RETURNED MAIL FOR DEBTOR W/ FORWARDING ADDRESS.
        FORWARDED NOTICE TO NEW ADDRESS BUT DID NOT
        MODIFY IN CMECF. NOTIFIED DEBTOR'S ATTORNEY THAT
        CHANGE OF ADDRESS MUST BE FILED BEFORE ADDRESS
        CAN BE CHANGED IN SYSTEM.

(   )   RETURNED MAIL FOR DEBTOR W/ NO FORWARDING
        ADDRESS. CONTACTED DEBTOR'S ATTORNEY FOR
        UPDATED ADDRESS.

WED-43109 0424 3 b9a 10-02474
U.S. Bankruptcy Court
P.O. Box 70
Wheeling, WV 26003

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

042560 42560 1 AT 0.354 2289 2 0 6639 0 42244

Timeshare Orlando
7380 Sandlake Road
Suite 500
Orlando, FL 32819-5257

NIXIE    327    DC 1    00  12/08/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 26003000870    *1974-07769-08-37

2600060000